

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| JOSE D. SANTOS II, | |
| Plaintiff, | No. CV-09-04-GF-SEH |
| vs. | **ORDER** |
| MONTANA STATE HOSPITAL, HILL COUNTY, HAVRE, MONTANA, and the STATE OF MONTANA, | |
| Defendants. | |

United States Magistrate Keith Strong entered his Findings and Recommendation[1] on February 19, 2009. Plaintiff filed objections on February 22, 2008. The Court reviews *de novo* findings and recommendation to which objection is made. 28 U.S.C. § 636(b)(1).

Upon *de novo* review of the record, I find no clear error in Judge Strong's Findings and Recommendation and adopt them in full.

---

[1] Docket No. 5.

-1-

ORDERED:

1. Plaintiff's Complaint[2] is DISMISSED WITH PREJUDICE.

2. Any appeal from this disposition will not be taken in good faith because the Complaint is frivolous, lacks arguable substance in law or fact, is untimely, and fails to state a claim upon which relief may be granted. Fed. R. App. P. 24(a)(3).

3. The docket shall reflect that the dismissal of the Complaint shall count as a strike because Plaintiff failed to state a claim upon which relief may be granted. 28 U.S.C. 1915 (g).

4. The Clerk shall enter judgment accordingly.

DATED this 11th day of February, 2009.

SAM E. HADDON
United States District Judge

---

[2] Docket No. 2.